# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| YTB Travel Network of Illinois Inc | BK 13−30330−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):   Employer Tax ID Number (ETIN):

37−1406702

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF CASE DISMISSAL

Notice is given that: pursuant to an Order entered on 10/14/14 the above referenced bankruptcy case has been dismissed due to failure to appear at the 341 Meeting of Creditors and the case will be closed without further notice. Any questions concerning this matter should be directed to the following:

Debtor(s) Attorney:    Spencer P Desai
Desai Eggmann Mason LLC
7733 Forsyth Blvd
Suite 800
St Louis, MO 63105
(314) 881−0800

DATED: October 29, 2014

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT